## GURNEY P. HOOD, COMMISSIONER OF BANKS, ET AL. v. E. D. ANDERSON ET AL.

(Filed 23 September, 1936.)

APPEAL by defendants from *Harris, J.*, at March Term, 1936, of EDGECOMBE.

Civil action to recover on two promissory notes.

Execution of notes admitted; also their nonpayment. Defendants allege, by way of set-off and counterclaim, damages for failure to make additional loans and to discount certain automobile purchasers' notes.

From directed verdict for plaintiffs and judgment thereon the defendants appeal, assigning errors.

*Gilliam & Bond for plaintiffs, appellees.*
*George M. Fountain & Son for defendants, appellants.*

PER CURIAM. The case is controlled by the decision in *Elks v. Ins. Co.*, 159 N. C., 619, 75 S. E., 808. The evidence offered by the defendants fails to establish contract for breach of which the plaintiffs can be held in damages.

No error.